

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00366-CR & 04-17-00367-CR

Roger Trudell **DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3461 & 2015CR6145
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The clerk's records and reporter's records have been filed in both Appeal Nos. 04-17-00366-CR and 04-17-00367-CR. The Court has examined the records and is of the opinion that, in the interest of efficient administration, they should be consolidated <u>for purposes of briefing and argument</u>.

We, therefore, ORDER Appeal Nos. 04-17-00366-CR and 04-17-00367-CR consolidated for purposes of briefing and argument on appeal. The parties must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case. However, a record must be filed in each appeal, the record in each case will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a single appeal. The Court will dispose of the appeals with the same judgment, opinion, and mandate. This order does not extend the briefing schedule.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.



Keith E. Hottle
Clerk of Court